**Stenly Laloan RANTUNG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–73832.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 18, 2012.

Kathleen Siok–Sien Koh, Esquire, Law Office of Kathleen S. Koh, Whittier, CA, for Petitioner.

Regina Byrd, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Stenly Laloan Rantung, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Rantung's only argument is that his case should be remanded for the agency to assess his withholding of removal claim

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

138

under the disfavored group analysis. We reject Rantung's argument in light of our prior decision, *Rantung v. Mukasey*, 291 Fed.Appx. 859, (9th Cir. Sept. 10, 2008), in which this court applied the disfavored group analysis to Rantung's withholding of removal claim and rejected his claim. Accordingly, we deny the petition for review.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.